| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| JOHN BROWN AND CANDACE BROWN, | § § § | |
| Plaintiffs, | § § | NO. 1:23-CV-00291-MAC-ZJH |
| *versus* | § § § | |
| FREEDOM MORTGAGE CORPORATION, | § § § | |
| Defendant. | | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Pending before the court is the parties' *Joint Stipulation of Dismissal*. Doc. No. 17. The parties have reached a settlement. The stipulation is signed by all parties who have appeared. *See* FED. R. CIV. P. 41(a)(1)(A)(ii).

It is therefore ORDERED that the parties' *Joint Stipulation of Dismissal* (Doc. No. 17) is GRANTED. Accordingly, the above case is DISMISSED WITH PREJUDICE with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The Clerk is directed to close the case and deny all pending motions as moot.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 15th day of November, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE